**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-7081**

―――――――――

LEE DON SHEPHERD,

Petitioner - Appellant,

versus

BRIAN A. BLEDSOE, Warden,

Respondent - Appellee.

―――――――――

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, Chief District Judge. (CA-01-76)

―――――――――

Submitted: August 24, 2001        Decided: September 5, 2001

―――――――――

Before WILKINS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Lee Don Shepherd, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lee Don Shepherd appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Shepherd v. Bledsoe, No. CA-01-76 (N.D.W. Va. June 21, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2